IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DENTSPLY INTERNATIONAL INC.<br><br>    Plaintiff,<br><br>    v.<br><br>US ENDODONTICS, LLC<br><br>    Defendant. | Civil Action No. 2:14-cv-00196<br>Judge Greer<br>Magistrate Judge Inman |

## MOTION TO WITHDRAW MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Dentsply International Inc. ("Dentsply"), by and through counsel, hereby moves the Court to permit Plaintiff to Withdraw the Motion for Admission Pro Hac Vice of Jason M. Nolan, Ph.D. [Doc. #15].

Dated: July 9th, 2014

Respectfully submitted,

By: *s/Jimmie C. Miller*
Jimmie Carpenter Miller (BPR#009756)
Hunter Smith & Davis LLP
1212 North Eastman Road
Kingsport, TN 37664
Phone: 423-378-8852
Fax: 423-378-8801
E-mail: jmiller@hsdlaw.com

Steven Lieberman
C. Nichole Gifford
Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Phone: (202) 783-6040

Facsimile: (202) 783-6031
E-Mail: sliberman@rfem.com
ngifford@rfem.com

*Counsel for Plaintiff*
*Dentsply International, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of July, 2014, a copy of the foregoing MOTION TO WITHDRAW MOTION FOR ADMISSION PRO HAC VICE was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

**HUNTER, SMITH & DAVIS, LLP**

  *s/Jimmie C. Miller*